# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 6:07-cr-107-Orl-28UAM

**GIOVANNY RIVERA-SANCHEZ**

| | | | |
|---|---|---|---|
| **JUDGE:** | John Antoon II | **COUNSEL FOR GOVT:** | Bruce S. Ambrose |
| **DEPUTY CLERK:** | Darleen Darley | **COUNSEL FOR DEFT(S):** | J. Jeffrey Dowdy |
| **COURT REPORTER:** | Koretta Stanford | **PRETRIAL/PROBATION:** | David Salce |
| **DATE/TIME:** | January 3, 2008 9:30-10:15 a.m. | **INTERPRETER:** | None |

## CLERK'S MINUTES ON CRIMINAL SENTENCING

Defendant is adjudged guilty on count One of the Indictment.

Motion for Court to recognize defendant's substantial assistance (Doc. No. 734) - Granted.

IMPRISONMENT:   212 Months to run concurrent with the sentence imposed in Osceola Co. Circuit Court Kissimmee, Florida Case No. 06-3302CF.

Supervised Release:   5 Years.

MANDATORY DRUG TESTING requirements are: Imposed.

Special Conditions of Supervised Release are:

    Participate in a program for treatment of narcotic addiction or drug or alcohol dependency.

    Community Service Program:   Perform 150 hours in lieu of paying a fine.

    Cooperate in the collection of DNA as directed by the Probation Officer.

Fine and costs of imprisonment/supervision:   Waived.

Special Assessment:   $100.00.

Defendant is remanded to the custody of the U.S. Marshal.

Additional remarks:   Defendant is advised of right to appeal.